UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TARA DAWN HARRIS,

    Plaintiff,

v.                                       Case No: 6:14-cv-1864-Orl-18TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

THIS CAUSE comes for consideration on Plaintiff Tara Dawn Harris' Affidavit of Indigency (Doc. 3), which the Court construes as a motion to proceed in forma pauperis. The Court referred the Motion to United States Magistrate Judge Thomas B. Smith for a report and recommendation. Harris filed no objection to Judge Smith's Report and Recommendation (Doc. 11). Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 11) is **APPROVED** and **ADOPTED**.

2. The Court **DENIES** Plaintiff Tara Dawn Harris' Affidavit of Indigency, which the Court construes as a motion to proceed in forma pauperis. (Doc. 3).

**DONE AND ORDERED** at Orlando, Florida, this 11 day of December, 2014.

                                                G. KENDALL SHARP
                                                SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record